# UNITED STATES DISRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARY TANNER-ROBINSON,**
    **Plaintiff,**

    v.

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
    **Defendant.**[1]

    Case No. 2:20-cv-04526
    **JUDGE EDMUND A. SARGUS, JR.**
    **Magistrate Judge Elizabeth P. Deavers**

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Motion for an Award of Attorney's Fees under the Equal Access to Justice Act (EAJA) is accepted, and the Commissioner shall pay Plaintiff's attorney fees in the amount of $3,500.00 (three thousand five hundred dollars), and costs in the amount of $0.00, for a total of $3,500.00 (three thousand five hundred dollars);

2. Counsel for the parties shall verify whether Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 130 S. Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

**10/4/2021**                    **s/Edmund A. Sargus, Jr.**
**DATE**                           **EDMUND A. SARGUS, JR.**
                                  **UNITED STATES DISTRICT JUDGE**

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).